Kristoffer S. Mayfield, Esq., State Bar No. 241093
HILDEBRAND, McLEOD & NELSON, LLP
350 Frank H. Ogawa Plaza, Fourth Floor
Oakland, CA 94612-2006
TEL:   (510) 451-6732
FAX:   (510) 465-7023
mayfield@hmnlaw.com

Attorneys for Plaintiff
JUAN M. CHAVEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. CHAVEZ,<br><br>　　　Plaintiff,<br><br>　v.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation, and DOES 1 through 10, inclusive,<br><br>　　　Defendants.<br><br>W | CASE NO. 2:15-cv-01295-TLN-CKD<br><br>**ORDER RE STIPULATION TO CONTINUE DISCOVERY AND EXPERT WITNESS DEADLINES**<br><br>Stipulation Filed Concurrently Herewith<br><br>Current Discovery Deadline: September 5, 2016<br><br>Current Expert Disclosure Deadline: November 10, 2016<br><br>Trial Date: August 7, 2017 |

　　　Having reviewed the Stipulation to Continue Discovery and Expert Witness Deadlines and finding good cause therefor, the Court orders as follows:

　　　The current discovery deadline set for September 5, 2016 is extended to December 2, 2016. The current expert disclosure deadline set for November 10, 2016 is extended to January 6, 2017

　　　**SO ORDERED:**

Dated: August 3, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

ORDER RE STIPULATION TO CONTINUE DISCOVERY AND EXPERT
WITNESS DEADLINES