Bradley W. Wahrlich, Esq., State Bar No. 116172
HILDEBRAND, McLEOD & NELSON, LLP
350 Frank H. Ogawa Plaza, Fourth Floor
Oakland, CA 94612-2006
TEL:   (510) 451-6732
FAX:   (510) 465-7023
russo@hmnlaw.com

Attorneys for Plaintiff
JUAN M. CHAVEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br><br>W | CASE NO. 2:15-cv-01295-TLN-CKD<br><br>**ORDER RE STIPULATION TO CONTINUE DISCOVERY AND EXPERT WITNESS DEADLINES**<br><br>Stipulation Filed Concurrently Herewith<br><br>Current Discovery Deadline: December 2, 2016<br><br>Current Expert Disclosure Deadline: January 6, 2017<br><br>Trial Date: August 7, 2017 |

Having reviewed the Stipulation to Continue Discovery and Expert Witness Deadlines and finding good cause thereof, the Court orders as follows:

The current discovery deadline set for December 2, 2016 is extended to March 3, 2017. The current expert disclosure deadline set for January 6, 2017 is extended to April 7, 2017. The deadline for filing dispositive motions is extended to May 18, 2017.

**SO ORDERED:**

Dated: December 5, 2016

_____
Troy L. Nunley
United States District Judge

1

ORDER RE STIPULATION TO CONTINUE DISCOVERY AND EXPERT
WITNESS DEADLINES